B 10 (Supplement 1) (12/11)

# UNITED STATES BANKRUPTCY COURT

Southern District of Florida

In re  Ana M. Gonzalez  
      Debtor

Case No. 13-38705-RAM  
Chapter 13

## Notice of Mortgage Payment Change

If you filed a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to §1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor:** Bayview Loan Servicing, LLC

**Court Claim No.** (if known):

**Last four digits** of any number you use to identify the debtor's account: 7171

**Date of Payment Change:**  
Must be at least 21 days after date of this notice.  06/01/2014

**New total payment:**  
Principal, interest, and escrow, if any  $1,890.25

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☐ No.  
☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable non-bankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

**Current escrow payment:** $202.56   **New escrow payment:** $207.64

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☒ No.  
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law. If a statement is not attached, explain why:

**Current interest rate:** _____ %   **New interest rate:** _____ %

**Current principal and interest payment:** $ _____   **New principal and interest payment:** $ _____

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No.  
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

Reason for change: _____

**Current mortgage payment:** $ _____   **New mortgage payment:** $ _____

B 10 (Supplement 1) (12/11)

Page 2

## Part 4: Sign Here

The person completing this notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box

☐ I am the creditor.      ☒ I am the creditor's authorized agent.
(Attach copy of Power of Attorney, if any.)

I declare under penalty of perjury that the information in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

**X**   s/ Christopher Giacinto
         Signature

Date: May 1, 2014

**Print:**     Christopher Giacinto, Esq.
                First Name         Middle Name         Last Name
                FL Bar No.: 55866

Title  Attorney

Company   Shapiro, Fishman & Gaché, LLP

Address   4630 Woodland Corporate Boulevard, Suite 100
          Number         Street

          Tampa, FL 33614
          City                State    ZIP Code

Contact phone   (813)880-8888

Email: cgiacinto@logs.com