UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:        ANA M. GONZALEZ                    Chapter 13
                                                 Case No. 13-38705
              Debtor,
_____/

CERTIFICATE OF NO RESPONSE OR SETTLEMENT AND REQUEST FOR
ENTRY OF ORDER

Florida Federal Land Bank Association, FLCA, movant, has filed a Motion for Relief from Automatic Stay on June 2, 2014, pursuant to Local Rule 4001-1(c) Movant hereby represents:

1. The motion and proposed order (where required by the Local Rules) was timely served on all interested parties pursuant to the referenced rule as is shown on the certificate of service previously filed with the Motion.

2. The motion contained the bulletin required by the referenced rule.

3. The deadline for response to the Motion was June 16, 2014.

4. No objections to or requests for hearing on the motion have been received and as of June 17, 2014, a check of the electronic entries docketed in this case confirms that no other objections to or requests for hearing on the motion have been filed.

WHEREFORE, movant seeks the entry of an order, in the form which accompanies this certificate granting the requested relief.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am qualified to practice in this Court as set forth in Local Rule 2090-1(A).

DATED: June 17, 2014

        SANDLER  SANDLER AND STEINMAN
        117 ARAGON AVENUE
        CORAL GABLES, FLORIDA
        305-442-2770

        BY/s/_____
        JASON L. STEINMAN, ESQ.
        FBN: 643416
        jsteinman@sandlerandsandler.com