

**ORDERED in the Southern District of Florida on June 18, 2014.**

Robert A. Mark, Judge
United States Bankruptcy Court

UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:        ANA M. GONZALEZ                    Chapter 13
                                                 Case No. 13-38705
              Debtor,
_____/

**ORDER GRANTING FLORIDA FEDERAL LAND BANK ASSOCIATION,
FLCA'S MOTION FOR RELIEF FROM AUTOMATIC STAY**
**(Florida Federal Land Bank Association, FLCA, Real Property)**
**(RE: Document #63)**

THIS CAUSE came before this Court on Creditor, Florida Federal Land Bank Association, FLCA'S Motion for Relief from the Automatic Stay filed on June 2, 2014, (Document #63). The Motion for Relief from the Automatic Stay was filed and served according to Local Rule 4001-1(C) and no objection was filed within the 14 day period.

It is therefore hereby ORDERED AND ADJUDGED:

1. Creditor, Florida Federal Land Bank Association, FLCA'S Motion for Relief from the Automatic Stay be and hereby is GRANTED.

2. The Automatic Stay imposed by 11 U.S.C. §362 of the Bankruptcy Code is hereby modified to allow Creditor, Florida Federal Land Bank Association, FLCA

to take those steps permitted by law to take possession, foreclose it interest in and dispose of the real property legally described as follows:

> **The Northwest 1/4 of the Northwest 1/4 of the Northwest 1/4 of the Northeast 1/4 Section 3, Township 57 South, Range 38 East, of Miami Dade County, Florida.**

and to furnish the debtors any notices required under state law.

3. This Order Granting Creditor, Florida Federal Land Bank Association, FLCA'S Motion for Relief from the Automatic Stay is entered only for the purpose of allowing Creditor, Florida Federal Land Bank Association to proceed against the Property and does not authorize the Creditor to seek or obtain an *in personam* Judgment against the Debtors.

###

Submitted By:

Jason L. Steinman, Esq.
117 Aragon Avenue
Coral Gables, Florida 33134
305-442-2770
jsteinman@sandlerandsandler.com

JASON L. STEINMAN, ESQ. IS HEREBY DIRECTED TO SERVE A CONFORMED COPY OF THIS ORDER ON ALL PARTIES UPON RECEIPT THEREOF